Judge Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-555BHS |
| Plaintiff | |
| v. | GOVERNMENT'S DISPOSITION MEMORANDUM |
| RONNIE CURRY, | |
| Defendant. | |

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Ye-Ting Woo, Assistant United States Attorney, submits this Disposition Memorandum as to defendant Ronnie Curry. A hearing is scheduled for Tuesday, June 11, 2013.

On May 9, 2013, the Probation Office filed a violation report containing four violations committed by the defendant between March 29, 2013, and May 3, 2013. The most serious of the violation is a pending criminal prosecution in Lakewood Municipal Court in which the defendant is charged with assault fourth degree – domestic violence, and interfering with reporting a DV crime. This municipal court case remains pending. The other violations include the defendant's failure to timely report the arrest to his probation officer, failure to timely notify Probation of a new residence, associating with a felon (his brother and co-defendant Donte Curry).

*Government's Disposition Memorandum*/
United States v. Ronnie Curry, CR11-5555BHS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The defendant was arrested on May 17, 2013, and has remained in custody since that date. It is the government's understanding that the defendant will admit to the violations of failing to timely notify the probation office of his new address and the criminal arrest, and associating with a felon. If these admissions are made to the Court, the government and the Probation Office are prepared to withdraw the violation of new criminal conduct.

With respect to disposition based on the anticipated admissions to violation, the government concurs with the Probation Office's disposition recommendation of revocation of supervised release and a sentence of imprisonment of time served.

The advisory guideline range for Grade C violation is three to nine months of imprisonment as the defendant is a Criminal History Category I. By the time of the hearing on June 11, 2013, the defendant will have served 27 days in custody.

As recommended by the Probation Office, the government believes that an additional condition of supervised release to include 120 days in a residential reentry center is appropriate to ensure the defendant's stability and compliance, along with reimposition of the 24 months of supervised release period with all standard and special conditions to remain in effect.

Dated this 6th day of June, 2013.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney


s/Ye-Ting Woo
YE-TING WOO
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-2268
Fax:              (206) 553-4986
E-mail:   Ye-Ting.Woo@usdoj.gov

*Government's Disposition Memorandum/*
United States v. Ronnie Curry, CR11-5555BHS - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Government's Disposition Memorandum/*
United States v. Ronnie Curry, CR11-5555BHS - 3

UNITED STATES ATTORNEY
700 S‌TEWART S‌TREET, S‌UITE 5220
S‌EATTLE, W‌ASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify on June 6, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

/s/ Ye-Ting Woo
YE-TING WOO
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-2268
Fax:              (206) 553-4986
E-mail:   Ye-Ting.Woo@usdoj.gov

*Government's Disposition Memorandum/*
United States v. Ronnie Curry, CR11-5555BHS - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970